MONMOUTH JUNCTION MOBILE HOME PARK, INC., t/a *ECT.*, *ET AL.*, PLAINTIFFS-PETITIONERS, v. SOUTH BRUNSWICK TOWNSHIP, DEFENDANT-RESPONDENT.

See same case below: 107 *N. J. Super.* 18.

*Mr. Leonard Adler* for the petitioners.

*Mr. Andre William Gruber* for the respondent.

November 10, 1969. Denied.

IN THE MATTER OF THE APPLICATION OF THE SOMERSET COUNTY PARK COMMISSION TO FIX THE COMPENSATION TO BE PAID FOR THE PROPERTY OF CONCETTA VASSALLO TO BE TAKEN FOR PUBLIC USE.

*Mr. Anthony F. Ditri* and *Mr. Sam Weiss* for the petitioner.

*Mr. Paul E. Feiring* for the respondent.

November 10, 1969. Denied.

HAROLD KAMENS, PLAINTIFF-RESPONDENT, v. ALFRED FORTUGNO, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Cummis, Kent & Radin* for the petitioners.

*Messrs. Lum, Buinno & Tompkins, Mr. Charles H. Hoens, Jr.* and *Mr. Sam Denstman* for the respondent.

November 10, 1969. Denied.